HUGH S. STANGE et al., Respondents, v. STUART WALKER,
     Appellant, Impleaded with Another.

*Contract — royalties — dramatic rights to book — false representations.*

  Stange v. Walker, 191 App. Div. 947, affirmed.

  (Argued May 11, 1921; decided May 31, 1921.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 28, 1920, unanimously affirming a judgment in favor of plaintiffs entered upon a verdict. The action was to recover royalties under a contract for the dramatization of a certain book. The answer set up as a defense that plaintiffs represented that they had the sole, exclusive, full and complete dramatic rights, with intention that such representation be relied upon; that it was relied upon by defendants; that the representations were false and fraudulent, and were known by plaintiffs, when made, to be false and fraudulent, and that plaintiffs did not have or own the sole, exclusive, full and complete dramatic rights to the book. The defense further sets forth that appellant, as soon as he learned that plaintiffs did not have the full and complete dramatic rights, rescinded the agreement.

  *Charles H. Tuttle, William B. Roulstone* and *Martin A. Schenck* for appellant.

  *Edmund L. Mooney* and *Origen S. Seymour* for respondents.

  Judgment affirmed, with costs; no opinion.

  Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, MCLAUGHLIN, CRANE and ANDREWS, JJ.